In the Matter of the Will of WILLIAM MAAS, Deceased.
CLARA T. COOKE et al., as Executors of WILLIAM MAAS, Deceased, Appellants; ELIZABETH D. MAAS et al., Respondents.

Argued November 15, 1939; decided November 30, 1939.

Charles B. Sullivan and Homer E. Peters for appellants.

John T. DeGraff and William K. Sanford for Elizabeth D. Maas, respondent.

George W. Foy, special guardian, for Dorothy M. Maas, respondent.

Order affirmed, with costs to all parties appearing payable out of the estate. No opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.